# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143178-9(121)(122)(127)(128)(129)

RESIDENTIAL FUNDING CO., L.L.C., f/k/a
RESIDENTIAL FUNDING CORPORATION,
      Plaintiff-Appellant,

v

GERALD SAURMAN,
      Defendant-Appellee.

_____

SC: 143178
COA: 290248
Kent CC: 08-011138-AV

BANK OF NEW YORK TRUST COMPANY,
      Plaintiff-Appellant,

v

COREY MESSNER,
      Defendant-Appellee.

_____

SC: 143179
COA: 291443
Jackson CC: 08-003406-AV

On order of the Chief Justice, motions by Gregory V. Alkema, Mortgage Electronic Registration Systems and Mortgage Bankers Association, Law Professor Jean Braucher and others, and Chemical Bank, and the Michigan Chamber of Commerce to file briefs *amicus curiae* are considered and they are granted. The motion by Mortgage Electronic Registration Systems, Inc. and Mortgage Bankers Association for leave to participate in oral argument is denied.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2011

                        Clerk